In the United States District Court
for the District of Maryland
(Northern Division)

| | |
|---|---|
| **AMERICAN SKYCORP, INC.** * | |
| Plaintiff * | |
| v. * | Case No. H-00-1589 |
| **ASSOCIATION OF COMMUNITY** * | |
| **ORGANIZATIONS FOR REFORM NOW** | |
| * | |
| Defendant | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Plaintiff/Counter-Defendant, American SkyCorp, Inc. ("ASI") and Defendant/Counter-Plaintiff, Association of Community Organizations for Reform Now ("ACORN"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims of the Complaint and Counterclaim, WITH PREJUDICE.

_____
Michael A. Pretl
405 Holland Road
Severna Park, MD  21146-3625
Spencer Livingston
Nzinga Hill
1024 Elysian Fields Avenue
New Orleans, LA  70117

Attorneys for Defendant/
Counter-Plaintiff

_____
Frank C. Bonaventure
John M.G. Murphy
Barry L. Gogel
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD  21202-1643

Attorneys for Plaintiff/
Counter-Defendant

9

APPROVED this 9TH day of November, 2000.

                                                                          Alexander Harvey, II
                                                                         United States District Judge